1042

[No. 30491-1-II. Division Two. May 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE DEAN HOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-00407-1, James J. Stonier, J., entered June 6, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 21348-0-III. Division Three. May 11, 2004.]

TERRAN CROW, ET AL., *Appellants*, v. ENERGY NORTHWEST INC., *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-2-00804-7, Vic L. VanderSchoor, J., entered July 22, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 21736-1-III. Division Three. May 11, 2004.]

*In the Matter of the Marriage of* RAYMOND D. COX, *Appellant*, and SUE A. COX, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-3-00896-1, Sharon M. Brown, J. Pro Tem., entered December 13, 2002. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.

[No. 21881-3-III. Division Three. May 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ABILLO ACOSTA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02105-1, Salvatore F. Cozza, J., entered February 14, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis and Brown, JJ.